|  |  |
|---|---|
| | TYPE OF HEARING **R5** |
| | CASE NO# **13-602MJ** |
| | MAGISTRATE JUDGE: Anderson |
| | DATE: **10-4-13** |
| | TIME: **2:00** |
| **EASTERN DISTRICT OF VIRGINIA** | Tape: FTR RECORDER |
| | DEPUTY CLERK: N. BLACKMON |
| **UNITED STATES OF AMERICA** | |

VS.

**Andres Giraldo**

GOVT. ATTY  **W. Jauquet**

DEFT'S ATTY.  **D. Kiyonago**

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
COURT TO APPOINT COUNSEL ( )

**Remanded**

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND

**Judge Davis    clh - Ph**

NEXT COURT APPEARANCE  **10-8-13**   TIME  **2:00**

RECORDER                                    RECORDER
INDEX#        SPEAKER              INDEX#        SPEAKER

**EDCA**

5

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

Andres Giraldo
*Defendant(s)*

Case No. 2:13-MJ-0310 CKD

**ORIGINAL FILED**
OCT 03 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 2011 to the present in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 1349 | Conspiracy to Commit Mail Fraud |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

*Complainant's signature*

BRANDON SIMPSON, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 3, 2013

*Judge's signature*

City and state: Sacramento, CA

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*